IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| AMEX ASSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CAUSE NO. 2:07 CV1096-T |
| ) | |
| FRAZIER E. SUMRALL, ET AL., ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR INTERPLEADER

COMES NOW Plaintiff, AMEX Assurance Company, pursuant to 28 U.S.C.A. § 1335 (the federal Interpleader statute), and hereby files this Petition for Interpleader for the purpose of paying certain accidental death insurance policy proceeds into this Court so that the Court may determine which of the Parties Defendant are entitled to same. In support of said petition, AMEX states and shows unto the Court as follows:

### THE PARTIES

1.  That Plaintiff, AMEX Assurance Company (sometimes hereafter "AMEX"), is a foreign corporation which is properly qualified to do business in Alabama. AMEX is domiciled in Illinois with its principal place of business in Green Bay, Wisconsin.

2. That Defendant Frazier E. Sumrall, upon information and belief, resides in Eclectic, Alabama. Eclectic, Alabama is located within the Northern Division of the U.S. District Court for the Middle District of Alabama.

3. That Defendant Christopher Sumrall, upon information and belief, resides in Eclectic, Alabama. Eclectic, Alabama is located within the Northern Division of the U.S. District Court for the Middle District of Alabama.

4. That Defendant Steve Sumrall, upon information and belief, resides in Elmore, Alabama. Elmore, Alabama is located within the Northern Division of the U.S. District Court for the Middle District of Alabama.

5. That Defendant Gregory Sumrall, upon information and belief, resides in McCalla, Alabama. McCalla, Alabama is located within the Southern Division of the U.S. District Court for the Northern District of Alabama.

## JURISDICTION

6. That as referenced above, Plaintiff AMEX Assurance Company has initiated this Interpleader action pursuant to 28 U.S.C.A. § 1335.

7. That AMEX Assurance Company also asserts that jurisdiction is proper under 28 U.S.C.A. § 1332 in that there is diversity of citizenship between the Plaintiff and the Parties Defendant.

## OPERATIVE FACTS

8. That effective February 2, 2002, an accidental death policy of insurance was issued by AMEX Assurance Company providing coverage for Shirley Jean Sumrall, naming as the primary beneficiary Mr. Frazier E. Sumrall. (See Accident Guard Policy of Insurance, attached hereto as Exhibit "A.")

9. That on or about February 5, 2007, Shirley Jean Sumrall (sometimes hereafter "Mrs. Sumrall") was murdered and found in the trunk of her automobile.

10. That on or about March 9, 2007, AMEX received an Accidental Death Claim Statement submitted by Frazier E. Sumrall which advised of Mrs. Sumrall's death and made a claim for payment under the policy.

11. That promptly after having received notice of Mrs. Sumrall's death, AMEX Assurance Company initiated consistent and repeated efforts to collect all reasonably necessary claim file materials – such as material including, but not necessarily limited to, the final police report and the autopsy report – but that at the date and time of this filing, all reasonably necessary claim investigation materials have not yet been obtained/provided to AMEX Assurance Company.

12. That as of the date of this filing and upon information and belief, Mrs. Sumrall's homicide has not been solved and in that regard, it is understood by AMEX Assurance Company (after having contacted the relevant law enforcement

authorities) that Frazier E. Sumrall has neither been ruled out as a suspect in the homicide of Mrs. Sumrall nor has he been cleared of said homicide.

13. That for reasons stated above, while Plaintiff AMEX has not and will not in this matter make any independent judgment(s) about who may be criminally or otherwise responsible for Mrs. Sumrall's unfortunate death, AMEX has determined that it cannot make payment of the subject accidental death policy proceeds to any particular beneficiary without potentially exposing itself to overlapping and conflicting claims for the insurance policy proceeds at issue.

14. That Plaintiff has no interest in the funds and it seeks only to be relieved of the liability which may be associated with the possibility of conflicting claims and demands of the Defendants. Indeed, the Plaintiff cannot determine, without potential harm to itself, which of the Defendants may be entitled to the accidental death insurance policy proceeds referenced herein. There is no collusion between the Plaintiff and the Defendants with respect to the institution of these proceedings.

## THE FUND DEPOSITED WITH THE COURT

15. That Plaintiff AMEX Assurance Company, upon being ordered to do so by this Court, will promptly deposit with the Clerk of Court the full and complete Death Benefit under the terms of the subject policy in the amount of $150,000.00.

16.    That counsel for AMEX Assurance Company will <u>not</u> be requesting payment of an attorney's fee out of the fund or policy proceeds referenced above.

## REQUESTED RELIEF

17.    **WHEREFORE,** the Plaintiff, AMEX Assurance Company, **HEREBY MAKES RESPECTFUL DEMAND**:

(A.)  That the Court adjudge and otherwise decree that the Plaintiff, AMEX Assurance Company, may properly interplead with this Court the accidental death insurance policy proceeds at issue in this matter;

(C.)  That the Court ORDER AMEX Assurance Company to interplead or deposit with the Clerk of Court the accidental death insurance policy proceeds of $150,000.00 as referenced above, and that AMEX Assurance Company indicate upon the instrument at the time of payment the style of the present case along with a case number; and,

(B.)  That, pursuant to both 28 U.S.C.A. § 1335 and the facts of this case, that the Plaintiff be discharged from all liability by any and all other parties to this action after having deposited the subject fund/property with the Clerk of the Court and fulfilling its obligations under the accidental death policy of insurance made the basis of this Interpleader action.

Respectfully submitted,

_____
Attorney for Plaintiff
AMEX Assurance Company
PAUL F. MALEK (MAL021)

**OF COUNSEL**:

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS**:

Frazier Sumrall
185 Lee Lanier Road
Eclectic, AL 36024

Christopher Sumrall
185 Lee Lanier Road
Eclectic, AL 36024

Steve Sumrall
529 Brownstone Loop
Elmore, AL 36023

Gregory Sumrall
22167 Heritage Drive
McCalla, AL 35111

## DESCRIPTION OF COVERAGE

## ACCIDENT GUARD
Underwritten by AMEX Assurance Company
Administrative Office, De Pere, WI
(Herein called the Company)

| | |
|---|---|
| Certificate Number: | 294816 |
| Cardmember: | FRAZIER SUMRALL |
| Spouse or Domestic Partner: | SHIRLEY SUMRALL |

| Coverage You Selected | Effective Date of Coverage |
|---|---|
| $150,000 "Principal" Joint Coverage | September 02, 2002 |
| $100,000 "Additional Motor Vehicle" Coverage | Not Selected |
| $10,000 "Bonus" Coverage | Not Selected |

We have issued the Group Insurance Master Policy (herein called the Policy) to the Policyholder. Coverage is provided to You and Your Spouse or Domestic Partner, if enrolled for coverage, subject to all the exclusions and provisions of the Policy.

If You are not fully satisfied with the Accident Guard Plan described within, You may void it by returning this Description of Coverage document within 30 days after receipt, and Your premium will be refunded. When so returned, the Description of Coverage will be void from the beginning. The Description of Coverage must be returned to: AMEX Assurance Company, Attn: Accident Guard, P.O. Box 19054, Green Bay, WI 54307-9054.

This Description of Coverage supersedes any Description of Coverage previously issued to You under the Policy. You may qualify for coverage under only one Description of Coverage. If any Covered Person is insured under more than one Description of Coverage, either as a Cardmember or dependent, We will consider that person to be insured under the Description of Coverage that provides the greatest amount of coverage. Upon discovery of the duplication, We will refund any duplicated payments that may have been made on behalf of that person. The records maintained by Us shall determine the insurance provided under the Policy for the Covered Person.

### EFFECTIVE DATE OF COVERAGE
The effective date of coverage is when We receive, accept and validate Your Enrollment Request Form and the first premium is paid.

**This is an Accident-only Plan and it does not pay benefits for loss from sickness.**

**NOTICE FOR FLORIDA RESIDENTS:** The benefits of this Policy providing Your coverage are governed primarily by the laws of a state other than Florida.

---

### GENERAL DEFINITIONS

Certain words used in the Description of Coverage have special meaning and are explained below. They appear in the Description of Coverage beginning with a capital letter.

**Accident** means a sudden event resulting from an act of another not provoked or instigated by the Covered Person, or an act of the Covered Person the result of which reflects a material departure from the Covered Person's expectations and which event is neither caused by disease, illness or infirmity, nor by the voluntary ingestion, injection or inhalation of any substance.

**Accidental Death** means the termination of a Covered Person's life as a direct result of an Accident.

**Beneficiary** means the person or entity designated by You, on forms and in a manner approved by Us, to receive benefits if You suffer an Accidental Death.

**Cardmember** means the person who has properly enrolled in Accident Guard and has a Card account with American Express issued in his or her name or in the name of a business to which the Accident Guard premium is billed.


EXHIBIT A

AX0133-DOC 03/04

Page 1

**Common Carrier Conveyance** means any land, water or air conveyance (other than a rental) operated by a common carrier licensed to carry passengers for hire on a regularly scheduled basis and available to the public.

**Company** means AMEX Assurance Company and its duly authorized agents.

**Covered Person** means
1. You, the Cardmember, when enrolled in "Single" or "Bonus" coverage; or
2. You, the Cardmember, and Your Spouse or Domestic Partner, when enrolled in "Joint" coverage.

**Dismemberment** means, with reference to hand or foot, complete and permanent severance through or above the wrist or ankle joint as a result of an Accident, and as used with reference to eye, means the irrecoverable loss of the entire sight thereof as a result of an Accident.

**Domestic Partner** means persons of the same or opposite gender who either,
1. Can provide documentation of registration of the Domestic Partner relationship pursuant to a state, county or municipal provision, or
2. Can meet all of the following qualifications:
   a. Have resided with each other continuously for at least 12 months in a sole-partner relationship that is intended to be permanent;
   b. Are not married to any other person;
   c. Are at least 18 years old;
   d. Are not related to each other by blood closer than would bar marriage per state law; and
   e. Are financially interdependent as can be documented by copies of joint home ownership or lease, common bank accounts, credit cards, investments, or insurance.

**Motor Vehicle** means a four-wheel, two-axle motorized vehicle, a self-propelled motor home or a truck rated less than three tons licensed to operate on public roadways. A Motor Vehicle includes the following only if the Covered Person is struck as a pedestrian:
1. A land Common Carrier Conveyance;
2. An all terrain vehicle (ATV);
3. A motorized bike; and
4. A vehicle designed primarily for off-road use.

**Occurrence** means a single instance or a continuous or repeated exposure to conditions that result in eligibility for payment of a Policy benefit. The loss shall be deemed one Occurrence if it is attributable directly or indirectly to one cause or to one series of similar causes.

**Permanent Residence** means the Covered Person's one primary dwelling place where the Covered Person permanently resides and intends to return.

**Plan** means the Description of Coverage and the benefits described therein.

**Policy** as used throughout means the contract issued to the Policyholder providing the benefits described.

**Policyholder** means American Express Travel Related Services Company, Inc.

**Scheduled Airline** means a commercial airline that publishes schedules and fares for regular passenger service between cities and which is:
1. Of United States registry and certified for civil scheduled air transport by the United States government to carry passengers on a regularly scheduled basis; or
2. Of foreign registry and is approved by the United States government or the appropriate foreign authority where the aircraft is registered; or
3. A **Scheduled Charter**, defined as an airline charter service that meets the following qualifications:
   a. It is operated by a Scheduled Airline;
   b. It is licensed to carry passengers for hire;
   c. It is available to the public; and
   d. It is not hired, owned or leased by a Covered Person's employer.

**Spouse** means the person to whom you are lawfully married.

**We, Us, Our** means AMEX Assurance Company and its duly authorized agents.

**You, Your, Yourself** means the Cardmember.

## ELIGIBILITY

You are eligible to enroll Yourself and Your Spouse or Domestic Partner for "Principal" coverage" and "Additional Motor Vehicle" coverage and Yourself only for "Bonus" coverage under the Policy, provided:
1. You are an American Express Cardmember or authorizing officer of a corporate account;
2. You have an American Express Card account in good standing and billed to a United States address in U.S. dollars; and
3. Your and Your Spouse's or Domestic Partner's age is 18-70 and Permanent Residence is in the 50 United States of America or District of Columbia.

Coverage for which you have paid the premium shall remain in effect as long as Your enrolled American Express Card Account remains active and in good standing. Relocation by You outside the 50 United States of America or District of Columbia shall constitute a termination of coverage under the Policy.

Your relocation to a state outside the original state of enrollment may necessitate the need for re-enrollment.

Premiums may change due to the change in state of residence.

**SPOUSE/DOMESTIC PARTNER COVERAGE**

Your Spouse or Domestic Partner cannot be enrolled unless You enroll for "Joint" coverage.

**COVERAGE REQUIREMENTS**

A Covered Person will be fully insured under this Policy when the entire premium is paid in a manner acceptable to the Company.

Issuance of a Description of Coverage is not a waiver of any of the following conditions:
1. The effective date of coverage is when American Express receives, accepts and validates the enrollment request and the first premium is paid;
2. If a Covered Person is confined for any condition in a hospital or an institution that provides medical care and treatment on the date his or her insurance would otherwise become effective, he or she will be insured the day following formal discharge from the hospital or institution.

**CHANGES IN COVERAGE** (not applicable to "Bonus" coverage)

If You wish to enroll Your Spouse or Domestic Partner who was not enrolled at the time of application or request a change in the benefits provided under this Policy for a Covered Person, the new coverage will be effective at 12:01 A.M. the business day following Our receipt, acceptance and validation of Your request and will be subject to the payment of any additional required premium. The premium for shorter periods of coverage (including those due to termination of the account or cancellation of the Policy) is the applicable pro-rata portion of the premium. Unused premium will be credited to Your enrolled Account. The effective date of coverage will be deferred if the Covered Person is confined in a hospital or an institution that provides medical care and treatment on the date the insurance would otherwise become effective. The change will be effective the day following formal discharge from the hospital or institution.

## BENEFITS PAYABLE

**PRINCIPAL COVERAGE**

**Death Benefit**
If a Covered Person dies as a result of an Accident, the Company will pay the benefit amount selected by You at enrollment.

**Dismemberment Benefit**
If a Covered Person suffers Dismemberment as a result of an Accident, the Company will pay, in one lump sum, the benefit amount selected by You at enrollment as determined from the Table of Losses. The Table indicates the percentage of the principle coverage amount the Covered Person will be paid in the event of a Dismemberment. The Dismemberment must occur within 120 days after the date of the Accident that caused the Dismemberment. Benefits will be paid for the greatest loss, either Accidental Death or one category of loss from Dismemberment, sustained by the Covered Person as the result of any one Accident.

**Table of Losses**
Loss of both hands or both feet ............100%
Loss of one hand and one foot..............100%
Loss of entire sight of both eyes............100%
Loss of entire sight in one eye and
one hand or one foot..........................100%
Loss of one hand or one foot..................50%
Loss of entire sight of one eye................50%

Benefits are payable when the Company receives acceptable proof (i.e., medical records, death certificate, autopsy, etc.) that a Covered Person sustained:
1. An Accidental Death or Dismemberment while this Plan is in force; and
2. Such Accidental Death or Dismemberment is covered by the Plan.

**ADDITIONAL MOTOR VEHICLE COVERAGE**

This optional benefit of $100,000 is available for an additional premium only to those individuals enrolled in "Principal" coverage. It is in addition to the benefit available under "Principal" coverage and may not be purchased as stand-alone coverage. Benefits are payable when the Company receives acceptable proof (i.e., medical records, death certificate, autopsy, etc.) that the Covered Person sustained an Accidental Death:
1. Within 365 days of an Accident; and
2. As a result of an Accident while riding in or driving a Motor Vehicle; or
3. As a pedestrian, after being struck by a Motor Vehicle.

**BONUS COVERAGE**

The Company will provide an additional benefit of $10,000 for Accidental Death if You elect "Bonus" coverage and pay the required premium due upon election of this insurance. "Bonus" coverage is only available to the Cardmember. It is effective for a period of one year only and will automatically terminate without further notice to You on the first anniversary of coverage. Payment of the single premium for this insurance is due on or before the effective date of coverage.

**EXPOSURE AND DISAPPEARANCE**

Coverage will be provided for an Accidental Death or Dismemberment otherwise payable under the Plan,

where the loss was suffered as a result of the Covered Person being unavoidably exposed to the elements because of an Accident.

If a Covered Person's remains cannot be found within 52 weeks after the date of an Accident involving the disappearance, sinking or destruction of a Common Carrier Conveyance on which the Covered Person was a passenger, it will be presumed, subject to there being no evidence to the contrary, that the Covered Person suffered Accidental Death covered by the Policy.

**RESERVATION OF RIGHTS**

With respect to any claim for benefits, AMEX Assurance Company reserves the right to conduct a thorough investigation, without penalty or obligation of interest, to confirm that benefits are payable under the Policy.

### MAXIMUM LIMIT PER COVERED PERSON

Duplicate or multiple enrolled American Express Card accounts shall not obligate the Company to pay more than one benefit limit per Accident covered under this Policy. The maximum amount We will pay for any one Accident is the single highest benefit limit for which the Covered Person was enrolled at the time of the Accident.

### MAXIMUM ACCIDENTAL DEATH OR DISMEMBERMENT BENEFIT PAYMENT PER OCCURRENCE

If the Covered Person is enrolled in other policies underwritten by AMEX Assurance Company that also provide a benefit for accidental death or dismemberment, the maximum sum payable under all applicable policies for an accidental death or dismemberment is $3,500,000. This maximum limit applies whether or not the Covered Person is required to enroll under the Policy or is eligible as a benefit of Card membership.

This does not preclude the Covered Person from receiving all entitled benefits other than accidental death or dismemberment benefits up to the maximum limit disclosed within the pertinent Description of Coverage.

### BENEFICIARY

You may name or change a Beneficiary at any time. For a Beneficiary designation to become effective, a written request, on Our Beneficiary Designation Form or on the Enrollment Request Form, must be completed by You and filed with the Company. To receive a Beneficiary Designation Form, please contact Us at 888-224-2814. Any Beneficiary designations or changes made will take effect as of the date You sign the request. The prior Beneficiary's interest ends the date the new designation takes effect. If You die prior to the date We receive and record the change, payment will be made to the new Beneficiary.

If more than one Beneficiary is named without stating their respective interests, they will share equally. If a Beneficiary dies before You, their interest in the Policy or Policy's benefits ends.

If no Beneficiary is named, or if the Beneficiary dies before You and no other Beneficiary is named, the benefits will be paid to the first surviving class of the following:

1. Spouse or Domestic Partner;
2. Children, equally per stirpes; or
3. The estate.

Any amount payable to a minor may be paid to the guardian of a minor's estate.

### SCHEDULE OF PREMIUMS

**PREMIUMS**

We will provide insurance coverage in return for premium payment. Premiums are payable by You. Your initial premium is due on Your effective date of coverage and will be billed automatically to Your enrolled American Express Card account each billing period thereafter. Premiums must be paid to Us on or before the due date. The initial premium rates are shown in the Table of Premiums. Future premiums are due on Your effective date of coverage each billing period.

"Principal" coverage and "Additional Motor Vehicle" coverage can be renewed subject to the payment of premiums when due.

For "Bonus" coverage, the premium is payable by You and is due on or before Your effective date of coverage. "Bonus" coverage is valid for one year only and cannot be renewed.

### TABLE OF PREMIUMS

| Coverage Amount | Single Monthly Coverage Amount | Joint Monthly Coverage Amount |
|---|---|---|
| $ 25,000 | $2.50 | $3.75 |
| $ 50,000 | $4.25 | $7.00 |
| $ 75,000 | $6.25 | $10.50 |
| $100,000 | $8.50 | $14.00 |
| $125,000 | $10.50 | $17.50 |
| $150,000 | $12.75 | $21.00 |
| $175,000 | $14.75 | $24.50 |
| $200,000 | $17.00 | $28.00 |
| $225,000 | $19.00 | $31.50 |
| $250,000 | $21.25 | $35.00 |

| | | |
|---|---|---|
| $275,000 | $23.25 | $38.50 |
| $300,000 | $25.50 | $42.00 |
| $325,000 | $27.50 | $45.50 |
| $350,000 | $29.75 | $49.00 |
| $375,000 | $31.75 | $52.50 |
| $400,000 | $34.00 | $56.00 |
| $425,000 | $36.00 | $59.50 |
| $450,000 | $38.25 | $63.00 |
| $475,000 | $40.25 | $66.50 |
| $500,000 | $42.25 | $69.75 |
| $525,000 | $44.50 | $73.25 |
| $550,000 | $46.50 | $76.75 |

| "Additional Motor Vehicle" Coverage | | |
|---|---|---|
| $100,000 | $3.75 | $6.00 |

| Coverage Amount | Single One Year Premium |
|---|---|
| $10,000 "Bonus" Coverage | $5.00 |

**PREMIUM CHANGES**

We have the right to change the premium rates on any premium due date. The premium rates also may be changed any time the terms of the Policy are changed. We will provide written notice at least 31 days before the date of change. Premium rates also may change if You change Your coverage level or Your state of Permanent Residence.

**PREMIUM CREDITS/REFUNDS**

The premium for shorter periods of coverage (including those due to termination of the Account or cancellation of the Policy) is the applicable pro-rata portion of the premium and will be credited to the enrolled American Express Card Account.

**GRACE PERIOD** (not applicable to "Bonus" coverage)

This Policy has a 31-day grace period for the payment of each premium due after the first premium. Coverage will continue in force during the grace period. It will terminate at the end of the grace period if all premiums due are not paid. We require payment of all premiums for the period this coverage continues in force, including the premium for the grace period.

There is no grace period if the Company advises You of non-renewal or cancellation. A notice of non-renewal will be given at least 30 days before the premium due date and will be delivered to You at your last known address according to Our records.

**REINSTATEMENT OF INSURANCE** (not applicable to "Bonus" coverage)

If Your coverage is terminated for nonpayment of premium, You may re-enroll in Accident Guard. However, You must pay all outstanding premiums. No loss will be covered which occurred between the termination date and the effective date of coverage for re-enrollment.

**UNPAID PREMIUM** (not applicable to "Bonus" coverage)

When a claim is paid for a loss incurred during the grace period, any premium due and unpaid may be deducted from the claim payment.

### EXCLUSIONS

The benefits under this Policy will not be paid if the loss for which coverage is sought was directly or indirectly, wholly or partially, contributed to or caused by any of the following:
1. War or any act of war, whether declared or undeclared;
2. Suicide, attempted suicide or intentionally self-inflicted injury while sane;
3. Any activity directly related to and occurring while in the service of any armed military force of any nation state recognized by the United Nations;
4. Participation in a riot, civil disturbance or insurrection;
5. Violation of a criminal law, offense or infraction, cited or charged, whether by or on behalf of the Covered Person or Covered Person's beneficiary;
6. Any disease, illness or infirmity;
7. Riding in any capacity in a flying device other than as a fare-paying passenger on a Scheduled Airline flight;
8. Consumption of alcohol at or in excess of the legal blood alcohol level in the state or locality in which the Accident occurred;
9. Being under the influence of any drug, unless taken as prescribed or Administered on the advice of a physician;
10. Consumption of alcohol in combination with any prescribed or non-prescribed drug, substance, narcotic or medication and the voluntary ingestion, injection or inhalation of any substance;
11. Riding or driving in any kind of race for prize money or profit.

### CLAIM PROVISIONS

**NOTICE OF CLAIM**

Within 20 days after a covered loss occurs, notice of claim, must be given to the Company. If notice cannot be given within that time, it must be given as soon as reasonably possible. The notice must contain the Covered Person's name, American Express Card account number and a brief description of the loss. Written notice of all claims must be given to AMEX Assurance Company, Accident Guard, P.O. Box 19054,

Green Bay, WI 54307-9054, or call 1-888-224-2814. The Covered Person, Beneficiary or personal representative must then complete and sign the required claim form and return it to the address given above along with all the requested documentation of loss.

## CLAIM FORMS

Upon notice of claim, the Covered Person, Beneficiary or personal representative will be sent forms to file proof of loss. All information and evidence required by the Company shall be furnished at the expense of the Covered Person, Beneficiary or personal representative. If the forms are not sent within 15 days after the Company received notice of claim, the Covered Person, Beneficiary or personal representative will meet the proof of loss requirements by giving Us a written statement of the nature and extent of the loss. This must be sent to Us within 90 days after the date the loss occurs. If it was not reasonably possible to give Us written proof within 90 days, We will not deny a claim for this reason, if proof is filed as soon as reasonably possible.

If we do not send claim forms within 15 days after notice of claim is received, then the claimant is deemed to have complied with the proof of loss requirements upon submitting within 90 days of the date of loss, written proof covering the Occurrence, the character and the extent of the loss for which claim is made.

## PROOF OF LOSS

Proof of loss must describe the Occurrence and the extent and type of loss on forms the Company will provide as well as through additional means the claimant may use to present a claim, and may include specific additional documentation the Company may request, to include, but not limited to, police motor vehicle accident report, police incident reports and autopsy and toxicology reports. The Company reserves the right to request all additional information it deems necessary in order to determine the claim is payable and will not consider that it has received complete notice of proof of loss until the information it has requested is received.

## RIGHT TO COLLECT NEEDED INFORMATION

You must cooperate with Us when We are investigating a claim. When asked, You must assist Us by:
1. Authorizing the release of medical information, including names of all providers from whom medical attention was received;
2. Providing information about the circumstances of any Accident; and
3. Any other information requested.

Failure to assist Us regarding any of the above items may result in Our denial of a claim or in rescission of coverage.

## PAYMENT OF CLAIMS

Claims for benefits provided by this Policy will be paid upon receipt and review of due proof of covered loss and after a determination that benefits are payable.

All benefits will be payable to You, if living, or to Your Beneficiary. If benefits are payable to Your estate, or to a Beneficiary who is a minor or otherwise not competent to give a valid release, We may make such payment, up to an amount not exceeding $1000.00, to any relative by blood or by marriage of the Beneficiary who is deemed by Us to be equally entitled thereto.

Any payment made by Us in good faith pursuant to this or any other provision of this Policy will fully discharge Us to the extent of such payment.

## MISREPRESENTATION, NON-DISCLOSURE OR FRAUD

Claims will be denied in whole or in part in the event of misrepresentation, non-disclosure or fraud by a Covered Person or the Covered Person's Beneficiary or personal representative.

# GENERAL PROVISIONS

**INCONTESTABILITY** (not applicable to "Bonus" coverage)

After this Policy has been in force for two (2) years, it can only be contested for non-payment of premiums. No statement made by a Covered Person can be used in a contest after his or her insurance has been in force two (2) years during his or her lifetime. No statement the Covered Person makes can be used in a contest unless it is in writing and signed by him or her.

## ENTIRE CONTRACT CHANGES

The entire contract of insurance consists of the Policy, Description of Coverage, and Your Enrollment Request Form. Any statements made on the Enrollment Request Form, in the absence of fraud, are deemed representations and not warranties.

This Plan may be changed at any time by written agreement between the Group Policyholder and the Company. Only the Company's President, Vice-President or Secretary may change or waive the provisions of the Policy. No agent or other person may change the Policy or waive any of its terms.

## CHANGE OF PERMANENT RESIDENCE

You must notify Us within 30 days of a change in Your Permanent Residence. If the change is to a different state, Your Policy provisions and rates may be adjusted to conform to the requirements of that state. Notification

of any such Policy change will be included in a new Description of Coverage issued to You.

### RIGHT OF RECOVERY

If payments for claims exceed the maximum amount payable under any benefit provisions of this Policy, We have the right to recover the excess of such payments.

### PHYSICAL EXAMINATION AND AUTOPSY

At Our expense, We have the right to have the Covered Person, for whom a request for benefits is pending, examined as often as necessary. We may require an autopsy, at Our expense, unless the law forbids it.

### LEGAL ACTIONS

No legal action may be brought to recover against the Policy within 60 days after initial written proof of loss has been given. No such action may be brought after three (3) years from the time written proof of loss is required to be given.

If a time limit of this Policy is less than allowed by the laws of the state where the Covered Person lives, the limit is extended to meet the minimum time allowed by such law.

### CLERICAL ERROR

A clerical error made by Us will not invalidate insurance otherwise validly in force nor continue insurance not validly in force.

### CONFORMITY WITH STATE AND FEDERAL LAW

If a Policy provision does not conform to an applicable provision of State or Federal law, the Policy is hereby amended to comply with such law.

### TERMINATION AND CANCELLATION

As long as You remain a Cardmember, "Principal" coverage and "Additional Motor Vehicle" coverage will be renewed automatically upon payment of the required premium. Coverage will cease on the earliest of the following:
1. The date You no longer have Your Permanent Residence in the 50 United States of America or the District of Columbia;
2. The date We determine that misrepresentation, non-disclosure or fraud in enrollment or claims presentation has occurred;
3. The date this Policy is cancelled;
4. The premium due date You fail to pay the required premium, except as provided in the Grace Period;
5. The date you are no longer a Cardmember;
6. The date You request termination of insurance; or
7. The first premium due date following Your 75th birthday.

As long as You remain a Cardmember, "Bonus" coverage will remain effective for one year, following payment of the premium due. Coverage will cease on the earliest to occur of the following:

1. The first anniversary of "Bonus" coverage;
2. The date You no longer have Your Permanent Residence in the 50 United States of America or the District of Columbia;
3. The date We determine that misrepresentation, non-disclosure or fraud in enrollment or claims presentation has occurred;
4. The date this Policy is cancelled;
5. The date you are no longer a Cardmember; or
6. The date You request termination of insurance.

Accident Guard "Bonus" coverage is in force for one year only, automatically terminates at the end of that term, is not renewable, and terminates without further notice to You.

Termination or cancellation of this Policy will not prejudice any claim originating prior to such event subject to all other terms of this Policy.

### CONTINUANCE OF SPOUSE OR DOMESTIC PARTNER INSURANCE (not applicable to "Bonus" coverage)

If You die while insured under this Policy, a surviving Spouse or Domestic Partner, if insured, may continue coverage until the expiration of the period for which payment was received. Provided the surviving Spouse or Domestic Partner has an active American Express Card issued in their name, they may contact Us to request re-enrollment in the Accident Guard Plan under a new certificate and account number. A premium rate will be determined according to the coverage level chosen.

### ADDITIONAL INFORMATION

This coverage is underwritten by AMEX Assurance Company through Policy AX0133 issued to American Express Travel Related Services Company, Inc. and its participating subsidiaries affiliates and licensees. The Policy may be changed or cancelled.

This Description of Coverage is an important document. Please keep it in a safe place. The benefits described in this document are subject to all of the terms, conditions and exclusions of the Policy issued by the underwriter. This document replaces any prior Description of Coverage under the Policy that may have been furnished to the Cardmember.

*[signature]*

Kenneth J. Ciak
President
AMEX Assurance Company

*[signature]*

Timothy S. Meehan
Secretary
AMEX Assurance Company

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001838
Cashier ID: brobinso
Transaction Date: 12/18/2007
Payer Name: HUIE FERNAMBUCQ  STEWART, LLP
----------------------------------------
CIVIL FILING FEE
 For: HUIE FERNAMBUCQ  STEWART, LLP
 Case/Party: D-ALM-2-07-CV-001096-001
 Amount:         $350.00
----------------------------------------
CHECK
 Check/Money Order Num: 127878
 Amt Tendered: $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

AMEX ASSURANCE CO V. FRAZIER
SUMRALL
```