IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMEX ASSURANCE COMPANY,

   Plaintiff,

VS.                                                                       CASE NO_____

FRAZER E. SUMRALL, et.al.

   Defendants,

_____

ANSWER TO COMPLAINT FOR INTERPLEADER
CLAIMING INTEREST IN THE FUNDS
AND REQUEST FOR JUDGMENT ON THE PLEADING

  Comes now, Frazier Sumrall, a Defendant in the above styled action and hereby files this answer claiming no interest in the funds interplead into Court, and further states as follows:

1. Paragraph 1, ADMITTED

2. Paragraph 2, ADMITTED

3. Paragraph 3, ADMITTED

4. Paragraph 4, ADMITTED in part.  The Defendant is a resident of Elmore, Alabama.

5. Paragraph 5, ADMITTED

6. Paragraph 6, ADMITTED

7. Paragraph 7, ADMITTED

8. Paragraph 8, ADMITTED

9. Paragraph 9, ADMITTED

10. Paragraph 10, ADMITTED

11. Paragraph 11, ADMITTED

12. Paragraph 12, ADMITTED

13. Paragraph 13, ADMITTED in part. The Defendant is not aware of any part of the status of the investigation, to the conclusion.

14. Paragraph 14, ADMITTED in part. While the Defendant appreciates the Plaintiff's position on the payment of the funds to the beneficiary, the Defendant sees no reason that he should not receive the money..

15. Paragraph 15, ADMITTED. The Defendant states that the Defendant, Frazer Sumrall has asked for the funds to either be paid to the Defendant, Frazer Sumrall and/or that the funds be interplead into Court.

16. The Defendant further states:

   a. I fully understand that Attorney Richard D. Shinbaum has filed an answer for my sons in this action and that he has done this at my request. I hereby waive any conflict of interest that he may have in this action.

   b. I have been advised that I have the right to take these papers to an attorney of my choosing prior to the signing of this answer and that having been advised of that fact, I elected to sign this answer.

   c. I further state that I have been advised that I may have a cause of action against Amex Assurance Company, and having been informed of my possible rights, I waive those Claims that may exist against Amex Assurance, its agents and assigns regarding the facts and the insurance policy that has been paid into this Court in this action.

   d. I am hereby requesting that this Court enter and order stating that I am the sole party with an interest in the funds deposited with the Court and request that this Court enter a judgment on the pleadings stating that I have no interest in the funds interplead into the Court.

Done this the 14 day of December, 2007.

_____
Frazier Sumrall

Before me the undersigned Notary Public personally appeared Christopher Todd Sumrall and first being duly sworn, acknowledged that he has read the above styled answer and has voluntarily signed the same.

Done this the 14th day of December, 2007.

_____
Notary Public
Comm. Expires 08/2007

/s/ Richard D. Shinbaum
Richard Shinbaum, SHI007
Attorney for the Defendant

Of Counsel:
Shinbaum, Abell, McLeod and Campbell, P.C..
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above styled motion was this day served upon the following, by placing the same in the United States Mail, properly addressed and postage prepaid, and/or electronics transmission this the_____ day of December, 2007.

Mr. Paul Frederich Malek
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 S Ste 200
Birmingham , AL 35223-2484

/s/ Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Defendant