IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

AMEX ASSURANCE COMPANY  )
   ,  )
   )
   Plaintiff,  )
   )
v.  ) CASE NO. _____
   )
FRAZIER SUMRALL, et.al.  )
   ,  )
   )
   Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Frazier Sumrall, by Counsel , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Gregory Keith Sumrall | Father Son |
| Steven Eric Sumrall | Father Son |
| Christopher Todd Sumrall | Father Son |

12/17/2007
Date

/s/ Richard D. Shinbaum
(Signature)

Richard D. Shinbaum SHI007
(Counsel's Name)

**Counsel for all Defendants**
Counsel for (print names of all parties)
P.O. Box 201
Montgomery, Al 36101-0201
Address, City, State Zip Code
(334)269-4440
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Richard D. Shinbaum, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic transmission (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of December 20 07, to:

Paul Malek, Huie Fernambucq & Stewart, 2801 Hwy 280 South, Three Protective Center, Suite 200, Birmingham, Alabama 35223

12/17/2007                                          /s/ Richard D. Shinbaum
       Date                                                Signature