IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMEX ASSURANCE COMPANY,

   Plaintiff,

VS.                                                  CASE NO 2:07-CV-1096T

FRAZER E. SUMRALL, et.al.

   Defendants,

---

## ANSWER TO COMPLAINT FOR INTERPLEADER
## CLAIMING NO INTEREST IN THE FUNDS

Comes now, Steven Eric Sumrall, a Defendant in the above styled action and hereby files this answer claiming no interest in the funds interplead into Court, and further states as follows:

1. Paragraph 1, ADMITTED

2. Paragraph 2, ADMITTED

3. Paragraph 3, ADMITTED

4. Paragraph 4, ADMITTED in part. The Defendant is a resident of Elmore, Alabama.

5. Paragraph 5, ADMITTED

6. Paragraph 6, ADMITTED

7. Paragraph 7, ADMITTED

8. Paragraph 8, ADMITTED

9. Paragraph 9, ADMITTED

10. Paragraph 10, ADMITTED

11. Paragraph 11, ADMITTED

13. Paragraph 13, ADMITTED in part. The Defendant is not aware of any part of the status of the investigation, to the conclusion.

14. Paragraph 14, ADMITTED in part. While the Defendant appreciates the Plaintiff's position on the payment of the funds to the beneficiary, the Defendant sees no reason that the funds should not be paid to Frazier Sumrall.

15. Paragraph 15, ADMITTED. The Defendant understands that the Defendant, Frazer Sumrall has asked for the funds to either be paid to the Defendant, Frazer Sumrall and/or that the funds be interplead into Court.

16. The Defendant further states:

   a. The Defendant is fully aware that this answer has been prepared by Richard D. Shinbaum, Attorney for the Defendant, Frazier Sumrall, and that Attorney Richard D. Shinbaum represents the interest of Frazier Sumrall. To the extent that there is any conflict that Attorney Richard D. Shinbaum may have in the preparation of this answer and the representation of me in this proceeding, that he will continue to represent the interest of Frazier Sumrall.

   b. I waive any conflicts of interest that Attorney Richard D. Shinbaum may have in this action and agree that he may represent my interest and the interest of my father in this proceeding.

   c. I have been advised that I have the right to take these papers to an attorney of my choosing prior to the signing of this answer and that having been advised of that fact, I elected to sign this answer.

   d. I further state that I have been advised that in the event it is determined that my father becomes ineligible or fails to qualify as a beneficiary to receive the funds under this policy of insurance, that I may have a potential cause of action against Amex Assurance Company and by signing this answer that I will be waiving all claims, if any, that I may have against Amex Assurance Company, it's successors and assigns.

   e. Having been so advised of the above stated facts, I waive my rights and the conflict and agree that Attorney Richard D. Shinbaum may sign this Answer and file the same with the Court, and he may represent my interest in this action.

   f. I am hereby requesting that this Court enter and order stating that I have no interest

in the funds deposited with the Court and request that this Court enter a judgment on the pleadings stating that I have no interest in the funds interplead into the Court.

Done this the 13 day of December, 2007.

_____
Steven Eric Sumrall

Before me the undersigned Notary Public personally appeared Steven Eric Sumrall and first being duly sworn, acknowledged that he has read the above styled answer and has voluntarily signed the same.

Done this the 13 day of December, 2007.

_____
Notary Public
Comm. Expires_____
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sept 28, 2008
BONDED THRU NOTARY PUBLIC UNDERWRITERS

/s/ Richard D. Shinbaum
Richard Shinbaum, SHI007
Attorney for the Defendant

Of Counsel:
Shinbaum, Abell, McLeod and Campbell, P.C..
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above styled motion was this day served upon the following, by placing the same in the United States Mail, properly addressed and postage prepaid, and/or electronics transmission this the____ day of December, 2007.

Mr. Paul Frederich Malek
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 S Ste 200
Birmingham, AL 35223-2484

/s/ Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Defendant