IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMEX ASSURANCE COMPANY,

  Plaintiff,

VS.                                        CASE NO 2:07-CV-1096T

FRAZER E. SUMRALL, et.al.

  Defendants,

---

MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now the Defendant, Frazier Sumrall, and request this Court to enter a judgment upon the pleadings, and as grounds for said motion would state:

1. On, to-wit, the 18th day of December, 2007, the Plaintiff, Amex Assurance Company, filed an interpleader with this court, tendering the sum of $150,000.00, and naming the Defendants, Frazier E. Sumrall, Christopher Todd Sumrall, Gregory Keith Sumrall, and Steven Eric Sumrall, as the claimants to these funds.

2. Each Defendant has answered the lawsuit filed, with the Defendant's Steven Eric Sumrall, Christopher Todd Sumrall and Gregory Keith Sumrall claiming no interest in the funds.

3. The Defendant, Frazier E. Sumrall, is the only party that has claimed an interest in the funds deposited with the Court and he is the party entitled to the funds deposited with the Court.

4. There is no other party that can claim an interest in the funds deposited with the Court.

5. From all of the pleadings filed with the Court, there exist no dispute and/or controversy and the Defendant, Frazier E. Sumrall, is entitled to the funds deposited with the Court.

Wherefore, the premises considered, the Defendant, Frazier Sumrall, request an order of this Court requiring: