IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMEX ASSURANCE COMPANY,

  Plaintiff,

VS.                                      CASE NO 2:07-CV-1096T

FRAZER E. SUMRALL, et.al.

  Defendants,

---

MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now the Defendant, Frazier Sumrall, and request this Court to enter a judgment upon the pleadings, and as grounds for said motion would state:

1. On, to-wit, the 18th day of December, 2007, the Plaintiff, Amex Assurance Company, filed an interpleader with this court, tendering the sum of $150,000.00, and naming the Defendants, Frazier E. Sumrall, Christopher Todd Sumrall, Gregory Keith Sumrall, and Steven Eric Sumrall, as the claimants to these funds.

2. Each Defendant has answered the lawsuit filed, with the Defendant's Steven Eric Sumrall, Christopher Todd Sumrall and Gregory Keith Sumrall claiming no interest in the funds.

3. The Defendant, Frazier E. Sumrall, is the only party that has claimed an interest in the funds deposited with the Court and he is the party entitled to the funds deposited with the Court.

4. There is no other party that can claim an interest in the funds deposited with the Court.

5. From all of the pleadings filed with the Court, there exist no dispute and/or controversy and the Defendant, Frazier E. Sumrall, is entitled to the funds deposited with the Court.

Wherefore, the premises considered, the Defendant, Frazier Sumrall, request an order of this Court requiring:

1. That the Plaintiff tender the funds to the Court.

2. That the Clerk of the Court, upon verification of the funds, be required to tender the funds to the attorney for the Defendant, Frazier Sumrall.

3. That this Court enter such further relief as is appropriate.

          **/s/ Richard D. Shinbaum**
          Richard Shinbaum, SHI007
          Attorney for the Defendant

Of Counsel:
Shinbaum, Abell, McLeod and Campbell, P.C..
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above styled motion was this day served upon the following, by placing the same in the United States Mail, properly addressed and postage prepaid, and/or electronics transmission this the  20th  day of December, 2007.

Mr. Paul Frederich Malek
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 S Ste 200
Birmingham , AL 35223-2484

          /s/ Richard D. Shinbaum
          Richard D. Shinbaum
          Attorney for the Defendant