IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMEX ASSURANCE COMPANY,       )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )      2:07cv1096-MHT
                              )
FRAZER E. SUMRALL, et al,     )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that the request for judgment on the pleadings (Doc. No. 2) is set for submission, without oral argument, on January 4, 2008, with all briefs due by said date.

DONE, this the 20th day of December, 2007.

                               /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE