IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AMEX ASSURANCE COMPANY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv1096-MHT |
| | ) | |
| FRAZER E. SUMRALL, et al, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion for judgment on the pleadings (Doc. No. 7) is denied without prejudice. It is apparent from the motion that it was incomplete when it was filed.

DONE, this the 21st day of December, 2007.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE