IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AMEX ASSURANCE COMPANY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv1096-MHT |
| ) | |
| FRAZER E. SUMRALL, et al, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for judgment on the pleadings (Doc. No. 8) is set for submission, without oral argument, on January 4, 2008, with all briefs due by said date.

DONE, this the 21st day of December, 2007.

                                 /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE