IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMEX ASSURANCE CORPORATION ,

      Plaintiff,

v.                                                                    CASE NO. 2:07-cv-1096-MHT

FRAZIER SUMRALL ,    Et.al.

      Defendants,

---

### CONFLICT DISCLOSURE STATEMENT

   COMES NOW Gregory Keith Sumrall, Christopher Todd Sumrall and Steven Eric Sumrall,

Defendants, in the above-captioned matter, and in accordance with the order of this Court,

making the following disclosure concerning parent companies, subsidiaries, partners, limited

liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar

entities reportable under the provisions of the Middle District of Alabama's General Order No.

3047:

1. This parties are individuals.

2. The following entities and their relationship to the party are hereby reported:

| | |
|---|---|
| Frazier Sumrall | Father of the Defendants |
| Gregory Keith Sumrall | Son and Brother of the Defendants |
| Steven Eric Sumrall | Son and Brother of the Defendants |
| Christopher Todd Sumrall | Son and Brother of the Defendants |

3.  No Corporate conflict exist and all conflicts of Interest have been waived.

                                    **/s/ Richard D. Shinbaum**
                                    Richard Shinbaum, SHI007
                                    Attorney for the Plaintiff-Appellant

Of Counsel:
Shinbaum, Abell, McLeod and Campbell, P.C..
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above styled motion was this day served upon the

following, by placing the same in the United States Mail, properly addressed and postage

prepaid, and/or electronics transmission this the 21st day of December, 2007


Mr. Paul Frederich Malek
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 S Ste 200
Birmingham , AL 35223-2484

/s/ Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Defendant