**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT**

| | |
|---|---|
| **AMEX ASSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | **Civil Action No. 2:07cv1096-T** |
| ) | |
| **FRAZIER E. SUMRALL, et al.,** ) | |
| ) | |
| **Defendants** ) | |

**DEFENDANT AMEX ASSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff AMEX Assurance Company is domiciled in lllinois with its principal place of business in Green Bay, Wisconsin. It is a stock insurer. One Hundred Percent of the stock of AMEX is owned by its parent, American Express Company. American Express Company's stock is publicly traded on the New York Stock Exchange.

Respectfully submitted this 21st day of December, 2007.

s/Paul F. Malek
**PAUL F. MALEK, MAL021**
Attorney for Plaintiff
AMEX Assurance Company

**OF COUNSEL:**
HUIE, FERNAMBUCQ AND STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, I electronically filed a copy of the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Richard D. Shinbaum, Esq.
SHINBAUM, ABELL, McLEOD & VANN
P. O. Box 201
Montgomery, AL 36101


                                           s/Paul F. Malek
                                           OF COUNSEL