IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AMEX ASSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv1096-MHT |
| ) | |
| FRAZER E. SUMRALL, et al, ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that plaintiff AMEX Assurance Company is to deposit forthwith with the clerk of the court the accidental death insurance policy proceeds of $ 150,000.00, at issue in this lawsuit, and plaintiff AMEX Assurance Company shall indicate upon the instrument, at the time of payment, the style of the present case along with the case number.

DONE, this the 10th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE