```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003285
Cashier ID: cstrecke
Transaction Date: 01/14/2008
Payer Name: HUIE FERNAMBUCQ STEWART, LLP
------------------------------------
COMM REG MONEY MARKET
 For: AMEX ASSURANCE CO
 Case/Party: D-ALM-2-07-CV-001096-001
 Amount:        $150,000.00
------------------------------------
CHECK
 Remitter: AMEX
 Check/Money Order Num: 82484798
 Amt Tendered:   $150,000.00
------------------------------------
Total Due:      $150,000.00
Total Tendered: $150,000.00
Change Amt:     $0.00
```

DALM207CV001096-MHT

INTERPLEADER FUNDS

HUIE FERNAMBUCQ STEWART